UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE,<br><br>        Plaintiff,<br><br>    v.<br><br>HCC LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 5:17-cv-06963-EJD<br><br>**PRETRIAL ORDER (BENCH)** |

Based on the parties' Joint Trial Setting Conference Statement, the September 6, 2018 Trial Setting Conference is VACATED and IT IS HEREBY ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Final Pretrial Conference | December 20, 2018 at 11:00 a.m. |
| Joint Final Pretrial Conference Statement and Motions *in Limine* | December 5, 2018 |
| Oppositions to Motion *in Limine* and Proposed Findings of Fact and Conclusions of Law | December 12, 2018 |
| Bench Trial | January 8, 9 and 11, 2019 from 9:00 a.m. to 5:00 p.m. |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[1] with regard to all pretrial

---

[1] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name,

Case No.: 5:17-cv-06963-EJD
PRETRIAL ORDER (BENCH)

submissions.

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
EDWARD J. DAVILA
United States District Judge

---

then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."